Latoya Freeman G140580
Name and Prisoner/Booking Number

Estrella Jail
Place of Confinement

3250 W. Lower Buckeye Road
Mailing Address

Phoenix, AZ 85009
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

```
         FILED   ____ LODGED
   ____ RECEIVED ____ COPY

         JAN 1 3 2025

   CLERK U S DISTRICT COURT
       DISTRICT OF ARIZONA
   BY_____ DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Latoya monique freeman,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Maricopa county sheriff,
(Full Name of Defendant)

(2) _____,

(3) _____,

(4) _____,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. **CV25-00099-PHX-KML--CDB**
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other:_____.

2. Institution/city where violation occurred: phoenix arizona

## B. DEFENDANTS

1. Name of first Defendant: __Maricopa County Sheriff__. The first Defendant is employed as:_____ at _____.
   (Position and Title)                    (Institution)

2. Name of second Defendant:_____. The second Defendant is employed as:
   as:_____ at _____.
   (Position and Title)                    (Institution)

3. Name of third Defendant:_____. The third Defendant is employed as:
   as:_____ at _____.
   (Position and Title)                    (Institution)

4. Name of fourth Defendant:_____. The fourth Defendant is employed as:
   as:_____ at _____.
   (Position and Title)                    (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☑ No

2. If yes, how many lawsuits have you filed?_____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties:_____ v. _____
      2. Court and case number:_____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____.

   b. Second prior lawsuit:
      1. Parties:_____ v. _____
      2. Court and case number:_____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____.

   c. Third prior lawsuit:
      1. Parties:_____ v. _____
      2. Court and case number:_____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____.

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: ~~excessive use of force~~ unlawful restraint

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.

   ☐ Basic necessities          ☐ Mail              ☐ Access to the court      ☐ Medical care
   ☐ Disciplinary proceedings   ☐ Property          ☐ Exercise of religion     ☐ Retaliation
   ☒ Excessive force by an officer  ☐ Threat to safety  ☐ Other:_____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Restrained me with multiple police officers while naked & tore clothing.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Back pain, unable to breathe, loss of clothing

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☐ Yes   ☒ No
   b. Did you submit a request for administrative relief on Count I?   ☒ Yes   ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?   ☒ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

## COUNT II

1. State the constitutional or other federal civil right that was violated: <u>access to medical care</u>

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Did not check my blood sugar for hypoglycemia by Dr. order. I missed court because of my hypoglycemia I was dizzy & lethargic.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   I became sick & lethargic. Court date moved till 1 month later.

5. **Administrative Remedies.**
   1. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   2. Did you submit a request for administrative relief on Count II? ☒ Yes ☐ No
   3. Did you appeal your request for relief on Count II to the highest level? ☒ Yes ☐ No
   4. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

## COUNT III

1. State the constitutional or other federal civil right that was violated: __proper clothing__

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☒ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: ____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
   __Officers tore off my clothings__

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   __I felt violate & embaress__

5. **Administrative Remedies.**
   1. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes  ☐ No
   2. Did you submit a request for administrative relief on Count III? ☒ Yes  ☐ No
   3. Did you appeal your request for relief on Count III to the highest level? ☒ Yes  ☐ No
   4. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. ____

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

5

## E. REQUEST FOR RELIEF

State the relief you are seeking:
monetary Relief, Restitution. Release from Jail.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 1-01-2025
DATE

SIGNATURE OF PLAINTIFF

(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

(Signature of attorney, if any)

(Attorney=s address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

# MARICOPA COUNTY SHERIFF'S OFFICE
# INMATE LEGAL SERVICES

## CERTIFICATION

I hereby certify that on this date _____**January 9, 2025**_____

In accordance with the instruction received from the inmate and the rules of this Court, I mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

___ Hon _____ United States District Court, District of Arizona.

___ Hon _____ United States District Court, District of Arizona.

___ Attorney General, State of Arizona, _____

___ Judge _____ Superior Court, Maricopa County, State of Arizona.

___ County Attorney, Maricopa County, State of Arizona _____

___ Public Defender, Maricopa County, State of Arizona _____

___ Attorney _____

___ Other _____

___ _____

___ _____

_____      **B6258**
Legal Support Specialist Signature              S/N

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009