Maricopa County Sheriff's Office
Inmate Legal Services
Lower Buckeye Jail
3250 West Lower Buckeye Road
Phoenix, AZ 85009

Latoya Montigue G140580
A5



RECEIVED
JAN 13 2025
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

U.S. District Court Clerk
U.S. Courthouse, Suite 130
401 W. Washington St., SPC 10
Phoenix, AZ 85003

